35 So.2d 917
Noleon (alias N. O.) CAMPBELL v. STATE.
6 Div. 549.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

35 So.2d 917
Noleon (alias N. O.) CAMPBELL v. STATE.
6 Div. 550.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 917
Noleon (alias N. O.) CAMPBELL v. STATE.
6 Div. 551.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 918
Noleon (alias N. O.) CAMPBELL v. STATE.
6 Div. 552.

Court of Appeals of Alabama.
April 27, 1948.

CARR, Judge.
Affirmed.

32 So.2d 174
Aubrey (alias Arbary) CANNON v. STATE.
6 Div. 397.

Court of Appeals of Alabama.
May 20, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 175
Jesse CARDEN v. STATE.
7 Div. 886.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.